FILED
JUL 2 1 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FREDERICK BANKS, )
                                                         Plaintiff, )
                                                                   v.                                   )       Civil Action No. 14-1177
CENTRAL INTELLIGENCE AGENCY, *et al.*, )
                                                      Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. The application will be granted, and the complaint will be dismissed.

According to plaintiff, he unlawfully confined at a state facility in Ohio; he demands his immediate release from custody. *See* Compl. ¶ 1. Insofar as the pleading can be construed as a petition for a writ of habeas corpus, this district is not the appropriate place for its adjudication. The proper respondent in a habeas corpus action is the plaintiff's warden. *Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)). The Court cannot entertain this petition for a writ of habeas corpus because neither the petitioner nor his custodian is within its territorial jurisdiction. *See Stokes v. U.S. Parole Comm'n*, 374 F.3d 1235, 1239 (D.C. Cir. 2004).

Plaintiff remaining claims, particularly those alleging the improper use of "subaural communications and frequencies and bio-electric sensors," Compl. ¶ 1, and the Central

Intelligence Agency's use of "voice to skull electronic harassment technology," *id.* ¶ 2, will be dismissed as frivolous and duplicative of matters addressed and rejected in prior litigation. *See Banks v. Director, Office of Science and Technology, Behavioral Modification Unit*, No. 1:14–CV–005, 2014 WL 271650, at *4-5 (M.D. Pa. Jan. 23, 2014); *Banks v. Central Intelligence Agency*, No. 1:13–CV–2664, 2013 WL 6328277, at *4-6 (M.D. Pa. Dec. 5, 2013).

An Order accompanies this Memorandum Opinion.

DATE:
7/18/14

United States District Judge